461 A.2d 888

Commonwealth v. Zettlemoyer, Appellant.

 Argued March 25, 1981. Sanford A. Krevsky, for appellant; Rolf W. Bienk, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, WIEAND and LIPEZ, JJ.*

Judgment of sentence affirmed.